In the Matter of DIANE WORD, Appellant, v SUPERINTENDENT OF BEDFORD HILLS CORRECTIONAL FACILITY et al., Respondents.

Submitted January 19, 2010; decided February 23, 2010

Motion for reconsideration of this Court's September 22, 2009 dismissal order denied [*see* 13 NY3d 793 (2009)].